# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 10-155-BLG-RFC** |
| **Plaintiff,** | |
| vs. | **VERDICT** |
| **NICHOLAS JOHN MONTANO,** | |
| **Defendant.** | |

We, the Jury in the above entitled cause, unanimously find beyond a

reasonable doubt the Defendant, Nicholas John Montano

NOT GUILTY        _____

GUILTY        ___✓_____

of the offense of Felon in Possession of a Firearm and Ammunition as charged in

Count I of the Indictment.

DATED this _21_ day of September, 2011.

_____
FOREPERSON

_____
CLERK

1