# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS JOHN MONTANO,<br><br>Defendant. | No. CR-10-155-BLG-SPW<br><br>ORDER RESETTING HEARING ON REVOCATION OF SUPERVISED RELEASE |

UPON the Court's own Motion,

**IT IS HEREBY ORDERED** that the Hearing on Revocation of Supervised Release currently set for Friday, May 25, 2018 at 3:30 p.m. is **VACATED** and **RESET** for **Thursday, May 24, 2018 at 3:30 p.m.**

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 24th day of May, 2018.

SUSAN P. WATTERS
United States District Court Judge

1