FILED
MAY 24 2018
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-155-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| NICHOLAS JOHN MONTANO, | |
| Defendant. | |

For the reasons stated on the record, NICHOLAS JOHN MONTANO is hereby released from the custody of the U.S. Marshals Service.

DATED this 24th day of May, 2018.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE